UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA –WESTERN DIVISION

| | | |
|---|---|---|
| MENDI LEE PREWETT,<br>        Plaintiff,<br><br>    v.<br><br>MARTIN J. O'MALLEY<br>Commissioner of Social Security,<br>        Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No:  2:23-cv-10067-RAO<br><br>[PROPOSED]  ORDER  AWARDING<br>EAJA FEE |

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

IT IS ORDERED that EAJA attorney fees are awarded in the amount of FIVE THOUSAND DOLLARS AND NO/100 ($5,000.00) and zero costs ($0.00), subject to the terms of the stipulation.

DATE:  10/2/2024

HON. ROZELLA A. OLIVER
UNITED STATES MAGISTRATE JUDGE